Davor Rukavina, Esq.
Texas Bar No. 24030781
J. Kyle Jaksa, Esq.
Texas Bar No. 24120923
**MUNSCH HARDT KOPF & HARR, P.C.**
500 N. Akard St., Ste. 4000
Dallas, TX 75201
Telephone: (214) 855-7500
E-mail: drukavina@munsch.com
kjaksa@munsch.com

COUNSEL TO THE DEBTORS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 25-80481-mvl-11 |
| | § | |
| FCI SAND OPERATIONS, LLC, *et al.*, | § | U.S. Bankruptcy Court for the |
| | § | Northern District of Texas, Dallas |
| Debtors.¹ | § | Division |
| | § | |
| | § | (Chapter 11) |
| | | Jointly Administered |

| | | |
|---|---|---|
| HOLT TEXAS, LTD. D/B/A, | § | |
| HOLT POWER SYSTEMS | § | ADVERSARY PROCEEDING |
| | § | NO: _____ |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Removed from the 166th Judicial |
| KEVIN COLLIER and JOHN NELSON, | § | District Court for Bexar County Texas, |
| As Guarantors | § | Cause No. 2025CI20564 |
| | | |
| Defendants. | | |

## NOTICE OF REMOVAL

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

COME NOW FCI Sand Operations, LLC ("FCI Sand") and FCI South, LLC ("FCI South," and together, the "Debtors"), the debtors-in-possession, and file this their *Notice of*

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: FCI Sand Operations, LLC (2539) and FCI South, LLC (4193) (the "Debtors"). The location of the Debtors' service address is 606 County Rd. 121, Marble Falls, TX 78654.

NOTICE OF REMOVAL – Page 1

*Removal* (the "Notice") and, pursuant to Rule 9027 of the Federal Rules of Bankruptcy Procedure, would respectfully show the Court as follows:

1. On July 30, 2025 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division (the "Home Court"). The Debtors bankruptcy cases are jointly administered under Bankruptcy Case No. 25-80481-mvl-11 (the "Bankruptcy Cases"). The Debtors continue to operate their businesses and to manage their estates (the "Estates") as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. Cause No. 2025-CI-20564 (the "State Court Action") was filed by Holt Texas, Ltd. d/b/a Holt Power Systems ("Holt" or "Plaintiff"). The State Court Action is before the 166th Judicial District Court for Bexar County, Texas (the "State Court").

3. By this Notice, the Debtors hereby remove the State Court Action to this Court pursuant to Rule 9027(a) of the Federal Rule of Bankruptcy Procedure and 28 U.S.C. § 1452. Although the Debtors' Bankruptcy Cases are pending in the Home Court, Rule 9027(a) requires that the State Court Action be removed to this Court in the first instance. The Debtors anticipate immediately moving to transfer venue from this Court to the Home Court, subject to all rights and arguments of the Plaintiff as to jurisdiction, remand, and otherwise.

4. The Debtors effectuate this removal because the cause of action asserted in the State Court Action for breach of contract seeks to assert rights against property of the Estates.

5. The Home Court, and therefore this Court, has jurisdiction of the State Court Actions under 28 U.S.C. § 1334 because this matter involves claims, counterclaims, and cross-claims asserted (and/or to be asserted) that will affect the administration of the Estates, relate to the Estates, and will affect the assets and liabilities of the Estates. Such jurisdiction is core under 28 U.S.C. § 157(b)(2).

6. To the extent that any matter in this action is not core, the Debtors consent to this Court's entry of final judgment over such matter.

7. Venue of the State Court Action, as removed, is appropriate before this Court under Federal Rule of Bankruptcy Procedure 9027(a)(1) and 28 U.S.C. §§ 1408 and 1409.

8. This Notice is filed in this Court, and the State Court Action is removed to this Court, because of the District Court's standing order of automatic reference of suits to this Court over which this Court has jurisdiction under 28 U.S.C. § 1334.

9. This Notice is timely filed and within thirty (30) days of the Debtors becoming parties to the State Court Action through the filing of the *Petition in Intervention* on December 23, 2025.

10. A copy of this Notice, as filed in this Court, is also filed in the State Court Action. Pursuant to Rule 9027(c) of the Federal Rules of Bankruptcy Procedure, no further proceedings or actions shall be taken in the State Court Action.

11. Pursuant to Rule 9027(e)(2), the record of the State Court Action is attached hereto as Exhibit A.[2]

12. Any portion of the State Court Action not removed to this Court shall remain stayed pursuant to 11 U.S.C. § 362(a).

WHEREFORE, the Debtors hereby remove the State Court Action to this Court.

*[Remainder of page intentionally left blank]*

---

[2] Due to the costs associated with providing Exhibit A, the Debtors have not attached Exhibit A to the physical Notice copies. However, any party wishing to obtain a copy of Exhibit A may obtain one free of charge by contacting the undersigned counsel.

NOTICE OF REMOVAL – Page 3

RESPECTFULLY SUBMITTED this 9th day of January, 2026.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Kyle Jaksa*
     Davor Rukavina, Esq.
     Texas Bar No. 24030781
     J. Kyle Jaksa, Esq.
     Texas Bar No. 24120923
     500 N. Akard St., Ste. 4000
     Dallas, TX 75201
     Telephone: (214) 855-7500
     E-mail: drukavina@munsch.com
     E-mail: kjaksa@munsch.com

**COUNSEL TO THE DEBTORS**

## CERTIFICATE OF SERVICE

I certify that, on January 9, 2026, a true and correct copy of the foregoing document, with the exhibit thereto, was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Western District of Texas, and that, on the same day, a correct copy of the document, without Exhibit A, was served by U.S. first class mail, postage prepaid, on the following counsels for the parties:

| | |
|---|---|
| Zachary J. Fanucchi<br>M. Eduardo Ramirez<br>Caldwell Clark Fanucchi & Finlayson, PLLC<br>700 N. St. Mary's Street, Suite 1825<br>San Antonio, Texas 78205<br>zfanucchi@ccfflegal.com<br>eramirez@ccfflegal.com<br><br>ATTORNEYS FOR PLAINTIFF | Meagan Martin Powers<br>State Bar No. 24050997<br>M. Angelita Delgadillo<br>State Bar No. 24072507<br>MARTIN POWERS & COUNSEL, PLLC<br>1431 Greenway Drive, Suite 950<br>Irving, Texas 75038<br>Telephone: (214) 612-6474<br>Facsimile: (214) 247-1155<br>meagan@martinpowers.com<br>angelita@martinpowers.com<br><br>COUNSEL FOR DEFENDANTS |

By: */s/ Kyle Jaksa*
      J. Kyle Jaksa, Esq.