CAUSE NO. 2025-CI-20564

| HOLT TEXAS, LTD. dba HOLT POWER SYSTEMS | § § § | IN THE DISTRICT COURT |
| --- | --- | --- |
| v. | § § § | BEXAR COUNTY, TEXAS |
| KEVIN COLLIER and JOHN NELSON | § | 166TH JUDICIAL DISTRICT |

## **EXHIBIT A**

### STATE COURT DOCKET SHEET

| Exhibit # | Date | Pleading | Party |
| --- | --- | --- | --- |
| A-1 | 8-29-2025 | Plaintiff's Original Petition and Request for Permanent Injunction | Plaintiff |
| A-2 | 10-20-2025 | Motion for Substituted Service | Plaintiff |
| A-3 | 10-30-2025 | Order for Substitute Service | Court |
| A-4 | 12-05-2025 | Return of Service for John Nelson | Plaintiff |
| A-5 | 12-19-2025 | Defendants' Original Answer | Defendants, Kevin Collier and John Nelson |
| A-6 | 12-23-2025 | Petition in Intervention | FCI Sand Operations, LLC and FCI South, LLC |
| A-7 | 1-9-2025 | Plaintiff's First Amended Petition | Plaintiff |